# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS BARKER, | |
|     Petitioner, | 2:11-cv-00440-JCM-CWH |
| vs. | **ORDER** |
| WARDEN PALMER, *et al.*, | |
|     Respondents. | |

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for a copy of his habeas corpus petition. (ECF No. 14). Good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a copy of his habeas petition (ECF No. 14) is **GRANTED.** The clerk of court **SHALL SEND** petitioner a copy of the petition for a writ of habeas corpus filed in this case (ECF No. 5) and a copy of the CM/ECF docket sheet.

Dated November 8, 2012.

_____
UNITED STATES DISTRICT JUDGE